Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court) 0:01CR00377-001(DSD)

DOCKET NO. (Receiving Court) 2:07 CR 184 PS

FILED DEC 13 2007
At ___ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| NAME AND ADDRESS OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Lawrence Taylor | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable David S. Doty | | |
| | DATES OF SUPERVISION | FROM 11/16/2007 | TO 11/15/2010 |

OFFENSE

Bank Robbery, in violation of 18 U.S.C. § 2113(a).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

12/3/07
Date

/s/ OTHER COURT JUDGE
David S. Doty United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-14-07
Effective Date

/s/ Philip Simon
United States District Judge